IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON BOUYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 3:25-cv-304-ECM |
| | ) |
| ALATRADE FOODS | ) |
| HOLDINGS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the Plaintiff's notice of dismissal (doc. 6), which comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action has been DISMISSED WITHOUT PREJUDICE by operation of Rule 41. It is further

ORDERED that all deadlines are terminated.

The Clerk of the Court is DIRECTED to close this case.

DONE this 2nd day of May, 2025.

                                          /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE